No. 10-5189. Brandon Bloss, Petitioner v. Gerald L. Rozum, Superintendent, State Correctional Institution at Somerset, et al.

562 U.S. 908, 131 S. Ct. 256, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 7325.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-5190. Lloyd Lee Askins, III, Petitioner v. Nevada, et al.

562 U.S. 908, 131 S. Ct. 256, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 6827.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-5191. Matthew J. Nasuti, Petitioner v. Merit System Protection Board.

562 U.S. 908, 131 S. Ct. 393, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 7126.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 376 Fed. Appx. 29.

No. 10-5192. Anthony Benjamin, Petitioner v. Corporal Goiner, et al.

562 U.S. 908, 131 S. Ct. 256, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 6963.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-5194. Nick J. Garduno, Petitioner v. Gail Lewis, Warden.

562 U.S. 908, 131 S. Ct. 256, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 7029.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 820.

No. 10-5197. Silver Jose Galindo, aka Daniel S. Galindo, Petitioner v. United States.

562 U.S. 908, 131 S. Ct. 257, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 7026.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 811.

No. 10-5198. Charles Hines, Petitioner v. United States.

562 U.S. 909, 131 S. Ct. 257, 178 L. Ed. 2d 170, 2010 U.S. LEXIS 6879.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 133.